**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6027**

———————

RONALD L. HARPER,

Petitioner - Appellant,

versus

MARK HENRY, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-4024-MJG)

———————

Submitted: April 15, 1999          Decided: April 20, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald L. Harper, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald L. Harper appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant in forma pauperis status and affirm substantially on the reasoning of the district court. See Harper v. Henry, No. CA-98-4024-MJG (D. Md. Dec. 16, 1998).* See also Pelissero v. Thompson, ___ F.3d ___, 1999 WL 133112 (4th Cir. Mar. 12, 1999) (No. 97-6156). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the order from which Harper appeals was filed on December 15, 1998, it was entered on the district court's docket sheet on December 16, 1998. December 16, 1998, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2